IN THE CIRCUIT COURT
OF THE NINTH JUDICIAL
IN AND FOR
ORANGE COUNTY, FLORIDA

| | |
|---|---|
| WILLIE F BLOUNT<br>Petitioner | Case No# 2024-CR-1650<br>2024-CR-1650  24-CR-15139: |
| VS.<br>STATE OF FLORIDA<br>Respondent | Also on woods and Terry by<br>Police Station |

BAKER TEST DISMISSAL
DISMISSAL BASED ON SPEEDY TRIAL
VIOLATION AND MOTION TO SUPPRESS

Now comes the petitioner Mr Willie Blount in
Pro SE STYLE and the undersighned counsel having
no counsel appointed and pursuant to Florida Rule, criminal
pro. 3.191 (b), 18 U.S.C. § 3161, 3162 (a)(2) I state
the following:

* IN Support Thereof:
1) In the courtroom with the Honorable Judge
Latimore, petitioner demanded for a speedy trial
and also told Judge Latimore that Mr Blount
filled a motion to suppress.

2) Judge Latimore directed the petitioner
Mr Blount to have the Public Defenders
office to adopt the motions.    1 of 8

* Continuance of Support Thereof:

3) Mr Blount has several letters of withdraws from the Public Defenders office Melissa Vickers having to petition the courts as a ProSE Litigant

4) The speedy trial clock has exceeded 30 days from arrest to indictment to trial which is infact a speedy trial violation.

5) Mr Blount motion to suppress was in fact filled before (his) petitioners incarceration and has not heard or recieved a rebottle from the state on all charges 24-CF-16501: 24-CF-015139, which was filed before incarceration. (Fla. r. crim. p. 3.300 suppress)

6) when a speedy trial has lapsed, based on the Barker Test Landmark, supreme court case Barker v. Wingo, 407 u.s. 514, 92 S. Ct 2182 33 L.ED. 2d 101 (1972) under speedy trial act it is mandatory United States v. Koerber 813 F3d 1262, 1276-1277

\* <u>Continuance of support thereof:</u>

7) Mr Blount was brought into a courtroom, yet wasnt aknowledged, (spoken to) nor speedy trial concerning that case, nor rebuttal from State Mr Blount has been incarcerated for over 90 days no Attorney, no release, yet no avail.

8) Mr Blount filed a motion to suppress because (he) the petitioner was handcuffed in the parking lot of Churches Chicken on the corner of Church St. and Orange Blossom Trail, seconds later officer puts (his) the officers hands down petitioners pockets, and comes up with drugs between (his) officers fingers. Which is a serious violation of the 4th Amendment Right under United States and Florida constitution.

9) Must have probable cause to do so before putting Mr Blount in cuffs; yet license, tag, and Insurance was valid nor did petitioner recieve a ticket, citation, or reason why (he) Mr. Blount was pulled over.

<u>Fruit of the Poisonous Tree doctrine</u>
Wong Sun v. United States, 371 vs. 471,9 LEA. 2d
441.83 sct 407

3 of 8

Continuance of Support Thereof:

Which states once a search or seisure violates the 4th then all items found in that search or after that and arrest are not admissable (unusable) to charge defendant

Wherefore: due to the factual basis of the foregoing which is true and correct petitioner prays that the honorable court grant this motion to dismiss all charges on the grounds of due process of law motion to suppress and Baker Test Dismissal based on speedy trial violation.

Date 6/3/25

C.C. WB

X _Willie F. Blount_

Willie Frank Blount 25005450
smart communications %
Orange County Department
Seminole Fla 33775
P.O. Box 9101

4/08

IN THE CIRCUIT COURT
OF THE FIFTH JUDICIAL
CIRCUIT IN AND FOR
MARION COUNTY, FLORIDA

WILLIE F BLOUNT,
                    Plaintiff                    Case # 21-CA-1649

VS.

AZMELL MANN et, al,
                    Defendant

                    NOTICE of APPEAL /
                    MANDAMUS

Comes now the Petitioner/victim Mr Willie F Blount in
Pro Se Style and the undersighned counsil files this
Motion according to Fla. Stat. 593,115; A Mandamus
for court to re open the above style case and
proceed with summary judgement, rule 1.370 30 FSA

※ IN Support Thereof:

1) Victim and Petitioner Mr Blount has wrote several
letters motions and etc. to the clerks of court 5th
Judicial in Marion County for Judge Rodgers to
order; Orange County Jail, Horizon Building 2-B-7
to assist Mr Blount in a video zoom on April 2, yet
to no avail. (That Petitioner know of because
Orange County Jail does not allow mail to come through.)

(5 of 8)

\* Continuance of Support Thereof:

2) On dates of March 31st, 23rd and April 4th explaining the difficulties with Orange County Jail not helping or assisting In Order for court for the zoom court proceedings.

3) On or about April 3rd or 4th It was told by clerk of Courts in Marion County that that case was dismissed, Petitioner was waiting on conclusion of Judge Rodgers decision have waited for over 8 years, Summary Judgement Fla. r. civ 1,370 30 ESA Farish V Lamb inc. 267 So. 2d. 325 (Fla 1972)

4) Mr Blouit was hired by Mr           as a labor it is required for any Deity, and or company that has worker, employees, Must have Insurance liability and Workers Comp. is required by Florida State law.

5) Petitioner has had (6) six oppentions as to the accident of the errouness actions of the defendants " Mr Blount was walking in front of a construction forklift holding the chain connected carrying a 50 gallon drum by Mr Mann and was ran over damaging right leg of the plaintiff. (Tire caught right foot yelling to stop he kept going) (6 of 8)

\* <u>Continuance of Support Thereofs</u>

6) Because of Mr. Blount being housed in Orange County Jail, letters motions, pleadings of letters sent from the facility not being able to access the tablet for the hearing but placed In locked down on April 2nd because Petitioner was trying to let officer Robinson know that it was very important yet to no avail... Everglodes law center inc, v. South Florida water 290 so. 3d 123, 125

7) Because of the letters, motions, and now pleas to the court this case should be opened immediately and Summary Judgement awarded to the plaintiff after having to wait 8 years, 2 year rehabilitation, 6 surgeries needing two more, now waiting for Judgement, case should not have been dismissed.

¹⁾ Re-opening default judgement 631,734 Lamp f. Pleua Lapkind, props and Petigson V. Gibertson 501 US 350, 364 111 S ct 2773, 2782, 115 L. Ed 2d 321 § 274 (b) of the 1934 act chicago ⋆ Southern air lines, Inc. V. waterman S.S. Corp 333 U.S. 103, 113 68 s. ct 431, 437, 92 LED 568

\# Contenuance of Support thereof:

8) Mr. Blount defendent Is Also Asking for An permanent
Injuction 585.005 Since petitioner has filed
In court, petitioner feels, Since, And know that
the defendents has threefen, followed, conterenaily
watching, Mr Blount Speaking to others trying
to disttroy, defamation of my charactor ( )
"According to civil prokedure 447.031 is$^{co}$
In Insuence of A festraing older...
In Side of four months, foper Arrest
Jriving Infractions And false Charges
And Ect... Violating uniteD JFATES And
FlorIDA Constitational Rights of the
4th Amendment ARtide $^{a}$, Seclo...
there is A Serious Infrienquent
agAinst Mr. Blounts Rights to to
fkeedom And libenty, And most of
All Health...

\# wherefore:
due to the factual basis of the forgoing
which Is true And correct, Mr. Blant Is Requesting
that this motion and motion's be grantted
with much And grate Respect to the carts

(8 of 8)

## CERTIFICATE OF SERVICE

I do hereby Certify that the Above foregoing has been
furnished by Mail, handwritten by Inmates with copies
to the United STATES Mail sent to Marion County
Judicial Center 110 NW 1st Avenue Ocala Florida 34475

※ Notary: I declare under the penalty of purjury that all
And the Above is true And correct.

Date:
March 2nd 2025

CC: WB

Witness: 1) ___
         2) ___

x _Willie F. Blount_

Willie F. Blount 250005450
Smart Communications %
Orange County Correctional Department
P.O. Box 4101
Seminole Fla. 33775-9174

Please send copy to
make sure I recieve ⟶

OR Wife
Patricia Blount
881 Wymore Road #101
Altamontesprings Fla. 32714

(9 of 9)

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been furnished by United States Mail or hand delivered to in court to Clerk of Courts at 425 North Orange Ave. Orlando Fla 32802 and State Attorney office at 435 North Orange Ave. Orlando Fla 32802

* Notary: I declare under the penalty of purjery that the above is true and correct.

Date: 6/3/25

C.C. WB

X ~Willie~ (signature)
Willie Frank Blount 23005450